**UNITED STATES COURT OF APPEALS**
**FIFTH CIRCUIT**

_____

No. 96-60281

(Summary Calendar)
_____

WILLIE HENRY JONES,

Plaintiff-Appellant,

versus

STEWART MURPHY, Individually and in his
official capacity as Commissioner of the
Mississippi Department of Corrections, et al.,

Defendants-Appellees.

_____

Appeal from the United States District Court
For the Northern District of Mississippi
(4:94-CV-316-S-D)

_____

September 26, 1996

Before DAVIS, EMILIO M. GARZA, and PARKER, Circuit Judges.

PER CURIAM:[*]

Willie Henry Jones, #40413, appeals from the district court's order dismissing his civil rights suit for failure to exhaust administrative remedies and failure to comply with an order of the court pursuant to Fed. R. Civ. P. 41(b). Prisoners ordered to

_____

[*] Pursuant to Local Rule 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

exhaust remedies must do so even if they perceive the prison grievance system to be inadequate. See Marsh v. Jones, 53 F.3d 707, 710 (5th Cir. 1995). The district court did not abuse its discretion in dismissing Jones' suit for failure to comply with the magistrate judge's stay order.

AFFIRMED.